AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Manuel Guerrero-Roman

**WAIVER OF INDICTMENT**

CASE NUMBER: 07MJ 8867
07CR2137-JM

I, Manuel Guerrero-Roman, the above named defendant, who is accused of

8 USC § 1324(a)(1)(A)(ii) and (v)(II)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/16/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
NOV 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
Defendant

Jack J Boltax
Counsel for Defendant

Before _____
Judicial Officer